Dismissed and Memorandum Opinion filed February 26, 2003









Dismissed and Memorandum Opinion filed February 26,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00068-CV

____________

 

VAL KIENTZ,
Appellant

 

V.

 

JASON S.
COOMER, Appellee

 



 

On Appeal from
61st District Court

Harris County, Texas

Trial Court Cause
No. 03-26096

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 20,
2003.  On February 20, 2004, appellant
filed a motion to dismiss the appeal because the case has been settled in
mediation.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed February 26, 2004.

Panel consists of Justices Fowler,
Edelman and Seymore.